1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANDY TURNER,<br><br>                    Petitioner,<br><br>            v.<br><br>LELAND MCEWEN, Warden,<br><br>                  Respondent.<br>_____ | ) Case No. ED CV 11-2069 VAP (JCG)<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>) |

     IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: _July 17, 2013_____

_Virginia A. Phillips_

_____

HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE